Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Wendy and Carlos Zepeda     Case No.: 10-13017
                                            Chapter: 13
      Debtor

DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7

       Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the undersigned requests an order converting this chapter 13 case to one under chapter 7.

       As required by Fed. R. Bankr. P. 1019, the Debtor(s) will file separately: 1. A statement of intention (Official Form B8), not later than 30 days after entry of the order of conversion or before the first date set for the meeting of creditors, whichever is earlier; 2. A schedule, including the name and address of each creditor, of unpaid debts incurred after the filing of the petition and before conversion, not later than 15 days after conversion of the case; 3. A Statement of Current Monthly Income and Means Test Calculation (Official Form B22A); and 4. If a plan has been confirmed, a. a schedule of unpaid debts incurred after confirmation but before conversion and that are not listed in the trustee's final report, not later than 15 days after the filing of the trustee's final report; and b. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion.

Date: October 18, 2010                      /s/ Dan Beck_____
                                                                 Dan Beck
                                                                 Attorneys for Debtor